**SEALED**
FILED 2014 OCT 15 PM 2:32
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| Plaintiff, | § | **INDICTMENT** |
| VS. | § | [18 U.S.C. § 922(j) & 2 (Possession of Stolen Firearms and Aiding and Abetting)] |
| JOHNNY RODRIGUEZ (1), | § | |
| AND | § | SA14CR0824 XR |
| DENNIS MONTOYA (2) | § | |
| Defendants. | § | |



THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 922(j) & 2]

That on or about the 13th day of August, 2014, in the Western District of Texas, the Defendants,

**JOHNNY RODRIGUEZ** and
**DENNIS MONTOYA,**

did knowingly possess, and did aid and abet the possession of, at least one stolen firearm, to-wit:

- a Springfield Armory, Model XD40, .40 caliber pistol, serial number MG332796;
- a Springfield Armory, Model XD9, 9mm pistol, serial number MG784463;
- a Springfield Armory, Model XD45, .45 caliber pistol, serial number MG628224;
- a Springfield Armory, Model XD40, .40 caliber pistol, serial number MG331591;
- a Springfield Armory, Model XD9, 9mm pistol, serial number MG401786;
- a Springfield Armory, Model XD40, .40 caliber pistol, serial number MG330334;
- a Springfield Armory, Model XD40, .40 caliber pistol, serial number MG330320;
- a Springfield Armory, Model XD40, .40 caliber pistol, serial number MG332721;
- a Springfield Armory, Model XD9, 9mm pistol, serial number MG401743;
- a Springfield Armory, Model XD45, .45 caliber pistol, serial number MG633899;
- a Springfield Armory, Model XD9, 9mm pistol, serial number MG790025;
- a Springfield Armory, Model XD40, .40 caliber pistol, serial number MG342167;

a Springfield Armory, Model XD9, .9 caliber pistol, serial number MG790208;
a Springfield Armory, Model XD40, .40 caliber pistol, serial number MG336158;
a Springfield Armory, Model XD9, .9 caliber pistol, serial number MG790282
a Springfield Armory, Model XD40, .40 caliber pistol, serial number MG633830
a Springfield Armory, Model XD45, .45 caliber pistol, serial number MG626934
a Springfield Armory, Model XD9, .9mm pistol, serial number XD970841
a Springfield Armory, Model XD9, .9mm pistol, serial number XD970854

which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Sections 922(j) and 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
ERIC FUCHS
Assistant United States Attorney

2